```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

ZAVEN YERKARYAN,

                Defendant.

---

**20 Cr. 652 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    Defendant, Zaven Yerkaryan ("Yerkaryan"), requests permission to appear remotely at the status conference scheduled for January 6, 2023 at 1:00 p.m. due to an inability to travel. (Dkt. No. 222.) Yerkaryan's request is granted and may appear remotely. Counsel for Yerkaryan shall appear in-person. The Clerk is directed to terminate the pending motion, Dkt. No. 222.

**SO ORDERED.**

Dated:    5 January 2023
             New York, New York

                                          _____
                                             Victor Marrero
                                               U.S.D.J.