```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

ZAVEN YERKARYAN,

                Defendant.

**20 Cr. 652 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing proceeding in this matter, currently scheduled for November 21, 2023, is hereby adjourned until January 12, 2024 at 11 a.m.

The presentence report disclosure dates are accordingly modified as follows. The new date for the draft report is November 15, 2023, and the new date for the final report is December 18, 2023.

**SO ORDERED.**

Dated:    19 September 2023
           New York, New York

                                            Victor Marrero
                                            U.S.D.J.