USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

  -v.-

ZAVEN YERKARYAN,

      Defendant.

------------------------------------- x

**ORDER**

S5 20 Cr. 652 (VM)

WHEREAS, with the consent of defendant ZAVEN YERKARYAN, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on August 21, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
            November 9, 2023

_____
Victor Marrero
U.S.D.J.