```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

ZAVEN YERKARYAN,

                Defendant.

**20 Cr. 652 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

In a letter emailed to the Court on April 16, 2024, Defendant moves through attorney Jilbert Tahmazian for an adjournment of the sentencing proceeding scheduled for April 19, 2024. Defendant advises that for medical reasons, "it is unwise for him to travel to New York absent medical clearance." Defendant further advises that the Government does not stipulate to the adjournment absent a letter from Defendant's physician. Defendant represents that he has been attempting in good faith to obtain a doctor's appointment but has been thus far unable to do so.

The adjournment request is hereby **GRANTED**. The sentencing proceeding currently scheduled for April 19, 2024 is hereby **ADJOURNED** to May 3, 2024 at 1:00 PM.

The Court notes that Mr. Tahmazian has not formally appeared in this matter on behalf of Defendant. Mr. Tahmazian has not entered an appearance on the docket, despite the local

rule requiring criminal defense attorneys to do so. <u>See</u> Local Criminal Rule 1.2. Further, it appears that Mr. Tahmazian may not be admitted to the Bar of this District.

Defendant is also represented by attorney Jeffrey Chartier, who has entered an appearance on the docket. (<u>See</u> Dkt. No. 57.) Mr. Chartier and the Government have been copied on communications between the Court and Mr. Tahmazian.

Mr. Tahmazian is hereby **ORDERED** to represent in writing as soon as possible that he will commit to seek admission to the Bar of the Southern District of New York or otherwise obtain authorization to practice before the Court in this matter **within three (3) days**. Further, Mr. Chartier is **ORDERED** to, if necessary, ensure that Mr. Tahmazian receives actual notice of this Order as soon as possible.

**SO ORDERED.**

Dated:   16 April 2024
         New York, New York

                                         Victor Marrero
                                         U.S.D.J.

2