```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/24
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20 Cr. 652 |
| Plaintiff, | |
| v. | **ORDER** |
| ZAVEN YERKARYAN, | |
| Defendant. | |

The motion of Jilbert Tahmazian, for admission to practice pro hac vice in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the state of California; and his contact information is:

JILBERT TAHMAZIAN, ESQ. [SBN 143574]
*[jilbert@jilbertlaw.com]*
**TAHMAZIAN LAW FIRM, P.C.**
1518 West Glenoaks Boulevard,
Glendale, CA 91201
818-242-8201
818-242-8246 Facsimile

Applicant having requested pro hac vice to appear for all purposes as counsel for Zaven Yerkaryan in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: May 3, 2024

_____
Victor Marrero
U.S.D.J.