USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

          - against -

ZAVEN YERKARYAN,

                    Defendant.

**20 Cr. 652 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The defendant's request (see Dkt. No. 428) that the Court postpone his self-surrender date is hereby **DENIED**. The Court hereby recommends that the Bureau of Prisons designate the defendant to a facility where the defendant may obtain appropriate medical treatment for his health condition.

**SO ORDERED.**

Dated:    8 July 2024
            New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.