USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

           - against -

ZAVEN YERKARYAN,

                      Defendant.

**20 Cr. 652 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

Defendant's motion (see Dkt. No. 430) to postpone his self-surrender date by ten (10) days is hereby **GRANTED**. Defendant shall self-surrender by 2 p.m. July 22, 2024. Further, defense counsel is hereby **ORDERED** to file confirmation of compliance on the docket on the day of surrender.

**SO ORDERED.**

Dated:    12 July 2024
              New York, New York

                                            Victor Marrero
                                             U.S.D.J.